■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDUARDO GUZMAN, Appellant. [964 NYS2d 55]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Carol Berkman, J.), rendered on or about May 4, 2011, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Acosta, J.P., Moskowitz, Renwick, Freedman and Clark, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE BLYDEN, Appellant. [963 NYS2d 861]—Judgment, Supreme Court, New York County (Ronald A. Zweibel, J.), rendered November 10, 2010, as amended June 21, 2012, convicting defendant, upon his plea of guilty, of grand larceny in the third degree, and sentencing him to a term of 364 days, unanimously modified, as a matter of discretion in the interest of justice, to the extent of adjudicating defendant a youthful offender, and otherwise affirmed.

We find the sentence excessive to the extent it did not include youthful offender treatment. Concur—Acosta, J.P., Moskowitz, Renwick, Freedman and Clark, JJ.